Heather
Winter

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

APR 2 0 2015

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Fareed Barefield | ) | |
| Michael Cornelious | ) | H15-512 M |
| Johnny Ray Jones | ) | |
| James Leonard Ferguson, Jr | ) | |
| Carey Dion Mitchell | ) | |
| Kevin Wayne Viser. | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 5, 2013 _____ in the county of _____ Harris _____ in the

_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title18, United States Code, Sections 2113(a) and (d), 924(c)(1)(A)(ii), and 2 | Aiding and Abetting Bank Robbery |
| | Aiding and Abetting Possession of a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Karen Marines   FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 20, 2015

_____
*Judge's signature*

City and state: Houston, TX

Frances H Stacy
United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

**I, Karen Marinos (hereafter Affiant), being duly sworn, do hereby depose and state:**

1. I am a special agent with the Federal Bureau of Investigation (FBI) assigned to the FBI, Violent Crime Task Force (VCTF), which is comprised of agents from the FBI, officers from the Houston Police Department (HPD), and deputies from the Harris County Sheriff's Office (HCSO). I have been a Special Agent with the FBI for approximately 13 years. The facts contained in the affidavit are based upon information provided to me by other law enforcement officers, other witnesses, and my own personal knowledge. Since this affidavit is made for the limited purpose of supporting a criminal complaint, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crime charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

2. Based on the facts and circumstances outlined below, there is probable cause to believe that, MICHAEL SHERARD CORNELIOUS, KEVIN WAYNE VISER, CAREY DION MITCHELL, FAREED JARELL BAREFIELD, JAMES LEONARD FERGUSON JR, and JOHNNY RAY JONES, did knowingly and willfully commit an offence against the United States, to wit: Aiding and Abetting Bank Robbery, in violation of 18 U.S.C. sections 2113(a) and (d), and 2, and Aiding and Abetting Possession of a Firearm in Furtherance of a Crime of Violence, and, in violation of 18 U.S.C. sections 924(c)(1)(A)(ii), and 2.

3. On August 5, 2013, at approximately 1:15 PM, Pasadena police dispatch received a call of an aggravated robbery at JP Morgan Chase Bank located at 2929 Shaver Street, Pasadena, Texas, an FDIC insured institution. The caller was working in the area near the bank and observed three masked subjects exit the bank and enter a white sedan that was parked near the front entrance of the bank. He was able to follow the vehicle for a short distance as it traveled north on Shaver. The vehicle was described as a white sedan with a Texas license plate of "BCT-9489". Dispatch was able to determine that the sedan (2000 Chrysler Cirrus) had been reported stolen on July 22, 2013. The caller lost sight of the sedan in the area of Westside and Shaver.

4. While responding to the robbery call, Pasadena detectives were stopped at the intersection of Main and Southmore, when they observed a gold Chevrolet Malibu with temporary plates "69N6215" and dark tinted windows.

Page **1** of **8**

5. Previously, on August 1, 2013, Pasadena detectives were provided information from a confidential source about a bank robbery that occurred at Wells Fargo located at 6837 Spencer Hwy on July 26, 2013, in Pasadena. The source provided several "street names" of individuals that boasted about committing bank robberies. The source related that these individuals were part of a gang referred to as "Gold Liners". The source related that members of the "Gold Liners" preferred to drive gold colored vehicles, usually with dark tinted windows and paper temporary plates.

6. Based on this information, Pasadena detectives decided to follow the gold Malibu. While following the vehicle, detectives attempted to observe the occupants of the vehicle but were unable to do so due to the dark tint. The detectives requested that a marked patrol unit initiate a traffic stop on the vehicle. Sgt. White, who was in a marked patrol unit and in full uniform, initiated a stop, and the vehicle came to a stop. The vehicle was occupied by four individuals identified as, the driver, MICHAEL CORNELIOUS, right rear passenger Trent Davis, left rear passenger CAREY MITCHELL, and right front passenger FAREED BAREFIELD.

7. While on the scene of the traffic stop, dispatch was able to obtain a brief description of the suspects who committed the robbery. The suspects were described as 3 black males, two wearing cargo shorts and one wearing long pants. Based on the descriptions of the robbery suspects and the similarity of the gold vehicle possibly being involved in previous robberies, all four subjects were detained for further questioning. All four subjects had cell phones on their persons and those phones were confiscated for evidentiary purposes.

8. Earlier that morning, the FBI Bank Robbery Task Force also received a Crime Stopper's tip that MICHAEL CORNELIOUS and FAREED BAREFIELD, two of the individuals detained from the traffic stop, were planning a robbery on this date.

9. While on scene of the traffic stop, dispatch advised that the white sedan the suspects were seen fleeing the bank in was located in an apartment complex at 2802 Westside. After leaving the scene of the traffic stop, Detective Jernigan proceeded to that location. Upon arriving at the complex, he observed the white sedan, a 2000 Chrysler Cirrus, parked near the north east portion of the complex facing south. The vehicle was running and parked in a parking spot. Crime Scene Investigators arrived on scene. Photos of the vehicle were taken and several pieces of evidence were collected inside the vehicle. Items of interest in the vehicle included, a white t-shirt on the front passenger floor board (in the surveillance video, a white t-shirt appears to be used to conceal one of the suspect's face), a white glove with a grey rubber palm on the rear passenger door seal (in the surveillance video,

this type of glove can be seen being worn by the same suspect who is concealing his face with the white t-shirt), a blue latex glove on the right rear floor board, and a tan colored baseball hat on the rear seat (in the surveillance footage, a suspect can be seen wearing a similar color and style hat). The vehicle was towed to the Pasadena Crime Scene garage for further processing.

10. Pasadena police responded to the scene of the robbery at 2929 Shaver Street, Pasadena, Texas. Upon arriving at the scene, officers requested video surveillance during the time of the robbery. The following was observed on surveillance footage:

11. Suspect #1, appeared to be a black male, wearing multi-colored high tops, distinctive knee length, tan colored cargo shorts, black hooded long sleeved shirt, black gloves, and a tan baseball hat. He appeared to be holding a phone in his left hand and a black plastic bag in his right hand.

12. Suspect #2, appeared to be a black male, wearing white tennis shoes, knee length tan colored cargo shorts, a black long sleeved shirt, white t-shirt concealing his face, a green hat, and white gloves with grey palms. This suspect was holding a chromed semi-automatic handgun in his right hand.

13. Suspect #3, appeared to be a black male, wearing white tennis shoes, dark colored jeans, a grey hooded sweat shirt, a black ski mask, and black gloves. This suspect was holding a black colored, semi-automatic handgun with what appeared to be a tactical light on the weapon.

14. At approximately 1:17:13 PM, Suspect #1 entered the bank followed by Suspect #2. Suspect #1 appeared to be holding a cell phone to his left ear and holding a black plastic bag in his right hand. Suspect #1 ran towards the counter and jumped over the counter to access the teller's money drawer, while ordering the tellers to the ground.

15. Suspect #2, who was holding a chrome-colored handgun in his right hand, pointed the gun at customers in the waiting area and ordered them to the ground.

16. Suspect #3 entered shortly after Suspect #2 and made his way towards the manager, and while pointing a black handgun at the manager, forced him to the ground. While Suspect #1 was behind the teller counter, Suspects #2 and #3 remained in the lobby and forced the customers to lay on the ground.  As Suspect #1 jumped back over the counter, all suspects exited the bank at approximately 1:17:50 PM. All three suspects can be seen

fleeing to the north towards the parking lot. There were no exterior cameras. An audit of the bank revealed that $6,979.00 was stolen from the bank.

17. The subjects detained from the traffic stop of the gold Malibu were questioned about the bank robbery. Initially, Trent Davis stated that he and his friends were just riding around, passing time. Davis identified the others in the vehicle with him as "Fareed, Mike, and Carey." On that day, Davis stated they picked him up from the "north side" at about 11 AM or noon. Then, they drove to Kevin LNU's house, near Homestead and Bywood. When confronted about being in Pasadena for the bank robbery, Davis initially denied any involvement.

18. However, Davis later admitted that he was involved with the robbery. Davis stated they went to Pasadena to rob a bank. When he got into the car, CORNELIOUS was on the phone with someone "giving directions." CORNELIOUS was telling the person on the other end of the phone where to park. CORNELIOUS told the person to park at an apartment complex near some old cars. Davis also heard CORNELIOUS give instructions when they were "ready to go in." Davis stated that they were waiting across the street at the Shell gas station. Davis heard CORNELIOUS on the phone with someone inside the bank. Davis stated that they watched them come out of the bank and get into an, older, white 4-door car.

19. Davis identified "Boobie," "Germy," "James," as the entry team that went inside the bank. On the way to Pasadena, the entry team drove the white car and the black Chrysler 300, square body, which belonged to "Boobie."

20. Still images taken from the robbery surveillance video were shown to Davis and he identified "Boobie" as the subject wearing a tan hat, dark shirt and dark colored shoes. He identified "Germy" as the subject wearing a dark colored hat, white bandana on his face, black shirt, tan shorts and white shoes, holding a firearm. And, he identified "James" as the subject wearing a black mask, gray sweater, long pants and holding a firearm.

21. Carey MITCHELL was also interviewed. MITCHELL denied involvement in the robbery, but confirmed that he met up with the other guys at a house on Homestead around 11a.m. or noon. And, CORNELIOUS drove them to Pasadena. When confronted about why they were in Pasadena, MITCHELL denied being involved and stated he was on his phone.

22. Fareed BAREFIELD also made a statement. He denied being involved in the robbery, but stated they drove to a Shell station in Pasadena. BAREFIELD stated that CORNELIOUS got out and went into the store. When asked how long they were at the store, BAREFIELD stated "about 3 minutes." BAREFIELD stated he was sitting in the front passenger seat, but he was asleep with the seat laid back.

23. With the phone numbers provided by Davis for "James" and "Kevin", Pasadena police were able to identify them as James Leonard FERGUSON and Kevin Wayne VISER. Davis identified the Texas driver's license photos of James FERGUSON and Kevin Wayne VISER.

24. Davis also identified the location where all the individuals involved in the robbery met and planned the robbery. Davis stated that VISER rented this house and was present during the planning. Davis stated that Victor Woods was also present at the location during the planning of the robbery.

25. Based on the information provided by Davis regarding the black Chrysler 300 being used in the robbery as a secondary vehicle, various businesses near the bank and near the area where the white sedan was dumped after the robbery were surveyed for video surveillance. Several businesses, including 4G Wireless and Marciano's, had video surveillance footage capturing the white sedan, the black 300 Chrysler, and the gold Chevrolet Malibu. All three vehicles were seen in the same area and following each other at times prior to and after the robbery.

26. The dash cam video of the officer conducting the traffic stop of the gold Malibu also showed that after the gold Malibu came to a stop, a black, Chrysler 300 is seen traveling northbound on Main St., just seconds after the gold Malibu is stopped.

27. Davis identified the Northland Wood Apartments as an apartment complex that "Boobie" frequents. He also pointed out a black Ford Taurus with paper tags (05S3762) that "Boobie" was known to drive. The vehicle was registered to "Rakin Akmal" and was purchased from "Fuentes Used Cars" located at 9450 ½ Airline Dr., Houston. On August 6, 2013, Pasadena detectives traveled to "Fuentes Used Cars" in an attempt to locate the identity of "Rakin Akmal." The detective spoke with the sales manager, who provided identifying information for Akmal. He related that another black male driving a black Chrysler 300 arrived at the dealership earlier in the week to pick up the registration for the black Taurus. The detective advised the manager to contact him when the male returned to pick up the license plates. Davis was shown a picture of Akmal, and Davis related that Akmal was a friend of "Boobie."

28. On August 7, 2013, an employee of Fuentes Used Cars advised detectives that a black male subject arrived to pick up the plates and provided an "Offender Card" as identification. The employee took a photo of the card which had the name of Johnny Ray JONES. Davis positively identified the subject in the picture as the person he knows as "Boobie."

29. On August 8, 2013, detectives attempted to locate Johnny JONES at an apartment complex pointed out by Davis as a location where JONES was known to frequent. A black Chrysler 300 (TX-CGT2310), a vehicle JONES was known to drive, pulled into the complex and parked. Officers made contact with the driver, Jermael Jones and his girlfriend. Jermael admitted that Johnny JONES was his cousin and that JONES is known as "Boobie." Jermael allowed detectives to search his vehicle and located several items of clothing in the trunk. Jermael stated that the items of clothing located in the trunk belonged to JONES and were left in the vehicle after JONES borrowed his car on Monday, August 5, 2013. One of the items of clothing in the car was a pair of shorts that appeared to be similar to a pair of shorts being worn by JONES in the surveillance video during the bank robbery.

30. On August 14, 2013, JONES was located as he was leaving the Haverstock Apartments, driving Jermael Jones's black Chrysler 300, the same vehicle Jermael claimed he let JONES borrow on August 5. JONES was transported to the Pasadena City jail and the black Chrysler 300 was towed for safe keeping.

31. JONES was interviewed by Pasadena police officers. JONES confirmed that people call him "Boobie." JONES stated he borrowed the black Chrysler 300 from his cousin, Jermael Jones. He last borrowed the car on a Monday. When asked if it was Monday, August 5, JONES stated "I'm not going to incriminate myself." JONES continued to state "I was in Houston." JONES confirmed he borrowed the car on August 5, 2013. JONES was asked about the clothes found in the trunk of the car and identified as his clothes by Jermael. JONES stated he did leave clothes in the trunk and began to describe a pair of "True Religion" cargo shorts that were left in the trunk. The officer retrieved the bag and showed JONES the clothes. JONES identified two pair of "True Religion" cargo shorts, an empty "Bally's" shoe box, a pair of black pants, a pink shirt, a brown shirt and a black belt as belonging to him. JONES also identified pictures of BAREFIELD, CORNELIOUS, Davis, and FERGUSON. When asked why he thought the officer was showing him these pictures, JONES stated it was because Davis wrote an email putting JONES's name on "all kind of stuff." Specifically, that Davis was trying to "put his name

on some stuff they got caught up in Pasadena on." JONES continued to state "you can't put me at the scene." JONES continued to deny any involvement in the robbery.

32. On September 5, 2013, following a robbery at the Wells Fargo Bank located at 9500 North Sam Houston Parkway in Humble, Texas, two suspects were taken into custody. They were identified as Victor Woods and Jeremie Washington.

33. Woods was named by Davis as being at the planning meeting at Kevin Wayne VISER's house for the Chase Bank robbery on August 5, 2013. Washington fit the description provided by Davis. Specifically, "Germy has light eyes and he's tall." DNA collected from the white t-shirt retrieved from the white sedan used in the bank robbery on August 5, 2013, matched the DNA of Washington.

34. In a proffer sessions with Washington, he stated that he was introduced to CORNELIOUS by Woods. On August 5, 2013, Washington stated that Woods called him on his cell phone and told him that he successfully robbed a Wells Fargo bank in Pasadena previously and that he had found another bank in Pasadena to rob. Woods picked up Washington, and they went to Kevin Wayne VISER's house to discuss the robbery. Involved in the meeting at VISER's house were Davis, MITCHELL, JONES, FERGUSON, Woods, CORNELIOUS, and an unidentified tow truck driver. Washington knows MITCHELL to use the street name "CMURDA" and JONES to use the street name "BOOBIE." CORNELIOUS assigned the roles for the robbery. Guns, masks, and gloves were handed out and were provided by VISER. Washington stated that he and FERGUSON carried guns during the bank robbery.

35. Before the bank robbery Davis drove the stolen white Chrysler Cirrus to the switch location. JONES drove his black Chrysler 300 to the switch location with Washington and FERGUSON inside. Once at the switch location, Davis got into CORNELIOUS's gold Malibu with CORNELIOUS, BAREFIELD, and MITCHELL inside. Washington, FERGUSON and JONES got into the stolen white Chrysler Cirrus and drove to the bank. Washington identified the bank robbery entry team as himself, FERGUSON, and JONES. FERGUSON and JONES were supposed to jump over the teller counter inside the bank but FERGUSON arrived late and panicked, so only JONES jumped over the counter and took money from the teller drawers. Washington identified one of the lookout vehicles as CORNELIOUS's gold Malibu which CORNELIOUS, BAREFIELD, Davis and MITCHELL occupied during the bank robbery. Washington identified a second lookout vehicle with VISER and Woods inside. After the bank robbery the entry team drove back to the switch location where CORNELIOUS also drove his vehicle. The entry team got back into JONES black Chrysler 300 and left the location with CORNELIOUS's vehicle

leading the way. The white Chrysler Cirrus was left at the switch location unoccupied. Washington stated that the police pulled over CORNELIOUS's vehicle in front of them, but they were able to drive past the police and get away unnoticed. Washington, JONES, and FERGUSON returned to VISER'S house to count the money.  VISER was already back at his residence when they arrived.   Washington recalled that there was approximately $7,000 total and he received approximately $1,000.

36. Analysis of cell site data on the day of the bank robbery shows that BAREFIELD, CORNELIOUS, Davis, FERGUSON, JONES, and VISER were in the area of the bank at the time of the robbery.

37. Based on the foregoing, I believe there is probable cause that on August 5, 2013, Michael Sherard CORNELIOUS, Kevin Wayne VISER, Carey Dion MITCHELL, Fareed Jarrell BAREFIELD, James Leonard FERGUSON Jr, and Johnny Ray JONES did Aid and Abet Bank Robbery, in violation of 18 U.S.C. sections 2113(a) and (d), and 2, and Aid and Abet Possession of a Firearm in Furtherance of a Crime of Violence, in violation of 18 U.S.C. sections 924(c)(1)(A)(ii), and 2.

Karen Marinos
Special Agent, FBI

Signed and sworn to before me on April __20__, 2015, and I find probable cause.

United States Magistrate Judge

Page **8** of **8**